**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 18-6602**

UNITED STATES OF AMERICA,

        Plaintiff - Appellee,

    v.

MOYA VANTION MOORE,

        Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of North Carolina, at Greenville.  Terrence W. Boyle, District Judge.  (4:10-cr-00046-BO-1; 4:13-cv-00247-BO)

Submitted:  October 4, 2018          Decided:  October 12, 2018

Before NIEMEYER, WYNN, and DIAZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Moya Vantion Moore, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Moya Vantion Moore appeals the district court's order dismissing his motions as successive 28 U.S.C. § 2255 (2012) motions. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Moore*, No. 4:10-cr-00046-BO-1 (E.D.N.C. May 3, 2018). We deny a certificate of appealability as unnecessary. *See United States v. McRae*, 793 F.3d 392, 398-400 (4th Cir. 2015); *cf. Harbison v. Bell*, 556 U.S. 180, 194 (2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*